## No. 16,191.

HAYES, DOING BUSINESS AS OIL FIELD GARAGE
*v.* GREENLEA.
(203 P. [2d] 904)

Decided March 14, 1949.

PER CURIAM.

On application for supersedeas, application denied and judgment affirmed en banc without written opinion.

Mr. W. H. ANDERSON, for plaintiff in error.

Mr. CLARENCE O. MOORE, for defendant in error.